UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY BETH AQUILA | * |
| Plaintiff | * |
| VERSUS | * CIVIL ACTION NO. 2:18-cv-05304-JTM-JCW |
| ALLEN'S PODIATRY CLINIC, L.L.C. | * |
| Defendant | * |

*************************************************************************

## **ORDER**

Considering the above and foregoing motion;

**IT IS ORDERED** that the above entitled and numbered cause be and the same hereby is dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 14th day of May, 2019.

_____
UNITED STATES DISTRICT COURT